```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED:  2/13/23
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
                                        :

UNITED STATES OF AMERICA

                                        :    UNSEALING ORDER

    - v. -

                                          :    03 Cr. 904 (MKV)

ROBERT FORMAN,

                                          :

        Defendant.

                                          :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

WHEREAS, an application has been made by the United States of America for the unsealing of the Preliminary Order of Forfeiture entered in this case;

WHEREAS, the Government requests that the judgment and sentencing documents in all other respects remain under seal;

IT IS HEREBY ORDERED that the Preliminary Order of Forfeiture entered in this case on March 29, 2007, be unsealed.

Dated:  New York, New York
           February 13, 2023

                                                                               *Mary Kay Vyskocil*
                                                              _____
                                                              HONORABLE MARY KAY VYSKOCIL
                                                              UNITED STATES DISTRICT JUDGE